IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAYLA M. BRADY, *et al.*      * | |
|                                   * | **NOTICE OF REMOVAL FROM** |
|     Plaintiffs,            * | **THE CIRCUIT COURT FOR** |
|                                   * | **PRINCE GEORGE'S COUNTY, MD** |
| vs.                            * | **CASE NO.:  CAL21-04932** |
|                                 * | |
| WALMART INC., *et al.*     * | **CIVIL ACTION NO. _____** |
|                                 * | |
|     Defendants.         * | |

**PETITION FOR REMOVAL**

Pursuant to 28 U.S.C., Section 1441(a), the Defendants, Walmart Inc. and Wal-Mart Stores East, LP, respectively notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Prince George's County, Maryland, and as grounds therefor states as follows:

1. On or about May 24, 2021, Defendants were served with a Summons and Complaint in an action commenced by the Plaintiffs in the Circuit Court for Prince George's County, Maryland as Docket No. CAL21-04932.  True and correct copies of the Summonses and Complaint are attached hereto.  No further proceedings have taken place in this action.

2. This Notice of Removal is filed within thirty (30) days of receipt of service by Defendants and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

3. Pursuant to the Federal Rules of Civil Procedure, the Petitioners filed a written Answer to Plaintiffs' Complaint on June 7, 2021.  Copies of Defendants' Answer and Notice of Removal are attached hereto.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
___

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
___

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4. In their Complaint, Plaintiffs seek judgment against the Defendants in an amount in excess of Seventy Five Thousand Dollars ($75,000) in compensatory damages, plus interest and costs.

5. At the time of commencement of this action, Plaintiffs were and are now a resident of the State of Maryland.

6. At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendants' principal place of business is Bentonville, Arkansas, and is incorporated in the State of Delaware.

7. As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

8. The Petitioners present and file herewith Four Hundred Two Dollars ($402) for the filing fee, as required by law.

WHEREFORE, the Defendants, Walmart Inc. and Wal-Mart Stores East, LP, respectfully request to remove this action from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP


*/s/Christopher R. Dunn*
Christopher R. Dunn, #05278
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
Fax - (301)352-8691
Cdunn@decarodoran.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2021, a copy of the foregoing Petition for Removal was electronically filed and forwarded, to:

Kevin P. Sullivan
Daniel P. Stringer
Salsbury Sullivan, LLC
100 N. Charles Street, Suite 900
Baltimore, Maryland 21201
Counsel for Plaintiffs

Erin C. Davis
Jonathan E. Lowy
Brady, United Against Gun Violence
840 First Street, NE # 400
Washington, DC  20002
Counsel for Plaintiffs


*/s/Christopher R. Dunn*
Christopher R. Dunn, #05278
Counsel for Defendants

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L1\CRD\Mace v WM\Pleadings\PetitonForRemoval.wpd