IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| KAYLA M. BRADY, *et al.* | * |
| | *   Case No.: CAL21-04932 |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| WALMART INC., *et al.* | * |
| | * |
| Defendants. | * |

## ANSWER

COME NOW the Defendants, Walmart Inc. and Wal-Mart Stores East, LP, by and through their attorneys, Christopher R. Dunn and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and in Answer to the Complaint filed herein states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The cause of action asserted by the Plaintiffs did not accrue within the applicable statute of limitations.

### THIRD DEFENSE

The Defendants affirmatively assert that the injuries allegedly sustained by the Plaintiffs were caused by the sole, concurring, and/or contributory negligence of the Plaintiffs.

### FOURTH DEFENSE

The Defendants affirmatively assert that the Plaintiffs assumed the risk of their injuries.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

**FIFTH DEFENSE**

The Complaint fails to join a party in whose absence complete relief cannot be accorded among those already partied.

**SIXTH DEFENSE**

Assuming negligence or other wrongdoing on the part of these Defendants, which these Defendants expressly deny, it was not the proximate cause of the Plaintiffs' alleged injuries, but the Plaintiffs' alleged injuries were a result of superseding and/or intervening causes.

**SEVENTH DEFENSE**

Assuming negligence or other wrongdoing on the part of these Defendants, which these Defendants expressly deny, it was not the proximate cause of the Plaintiffs' alleged injuries, but the Plaintiffs' alleged injuries were a result of prior and/or subsequent conditions or occurrences for which these Defendants are not responsible.

**EIGHTH DEFENSE**

The Defendants affirmatively assert that the Plaintiffs' claims are barred by the doctrines of accord and satisfaction, estoppel, release, and/or *res judicata*.

**NINTH DEFENSE**

The Defendants deny any and all allegations of negligence or other wrongdoing as alleged in the Complaint filed herein and will demand strict proof of all allegations in that regard.

**TENTH DEFENSE**

The Defendants reserve the right to raise additional defenses based upon facts which may be revealed through discovery.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

WHEREFORE, the Complaint having been fully answered, the Defendants, Walmart Inc. and Wal-Mart Stores East, LP, respectfully pray that the Complaint be dismissed, with costs adjudged against the Plaintiffs, or for such other relief as this Honorable Court may deem just and proper.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_____
Christopher R. Dunn, #8712010168
Counsel for Defendants
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
Fax - (301)352-8691
Cdunn@decarodoran.com

## JURY REQUEST

The Defendants hereby requests trial by jury on all issues raised herein.

_____
Christopher R. Dunn, #8712010168
Counsel for Defendants

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2021, a copy of the foregoing Answer was forwarded, postage prepaid, via First Class mail, to:

Kevin P. Sullivan
Daniel P. Stringer
Salsbury Sullivan, LLC
100 N. Charles Street, Suite 900
Baltimore, Maryland 21201
Counsel for Plaintiffs

Erin C. Davis
Jonathan E. Lowy
Brady, United Against Gun Violence
840 First Street, NE # 400
Washington, DC  20002
Counsel for Plaintiffs

Christopher R. Dunn, #8712010168
Counsel for Defendants

I:\Common\WP\L1\CRD\Mace v WM\Pleadings\Answer.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548