IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| KAYLA M. BRADY, *et al.* | * |
| | *    **Case No.: CAL21-04932** |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| WALMART INC., *et al.* | * |
| | * |
| Defendants. | * |

## NOTICE REGARDING REMOVAL

TO THE CLERK:

Please note that the Defendants, Walmart Inc. and Wal-Mart Stores East, LP, have filed a Notice of Removal, a copy of which is attached hereto, in the United States District Court for the District of Maryland, and respectfully states that no further proceedings may be held in this Honorable Court unless and until the above-captioned matter is remanded.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_____
Christopher R. Dunn, #8712010168
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
Fax - (301)352-8691
Cdunn@decarodoran.com
Counsel for Defendants

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2021, a copy of the foregoing Notice of Removal was forwarded, postage prepaid, via First Class mail, to:

Kevin P. Sullivan
Daniel P. Stringer
Salsbury Sullivan, LLC
100 N. Charles Street, Suite 900
Baltimore, Maryland 21201
Counsel for Plaintiffs

Erin C. Davis
Jonathan E. Lowy
Brady, United Against Gun Violence
840 First Street, NE # 400
Washington, DC  20002
Counsel for Plaintiffs

_____
Christopher R. Dunn, #8712010168
Counsel for Defendants

I:\Common\WP\L1\CRD\Mace v WM\Pleadings\Notice Re Removal.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

2