IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kayla M. Brady, et al.   *
**Plaintiff,**
                         *
v.                       Case No. 8:21-cv-01412-CBD
                         *
Walmart, Inc.
**Defendant.**           *

### MOTION FOR ADMISSION PRO HAC VICE

I, Kevin P. Sullivan, am a member in good standing of the bar of this Court. I am moving the admission of Erin Davis to appear pro hac vice in this case as counsel for Kayla M. Brady, et al.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia Bar, 7/11/14 | United States District Court of Hawaii, 1/5/11 |
| Maryland State Bar, 8/3/16 | |
| North Carolina Start Bar 3/31/07 | |
| Hawaii State Bar, 4/20/10 | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_/s/ Kevin P. Sullivan_
Signature

Kevin P. Sullivan, FB# 27506
Printed name and bar number

Salsbury Sullivan, LLC
Office name

100 N. Charles St., Suite 900, Baltimore, MD 21201
Address

443-869-3920
Telephone number

443-835-2678
Fax Number

ksullivan@salsburysullivanlaw.com
Email Address

PROPOSED ADMITTEE

_/s/ E. Davis_
Signature

Erin Davis
Printed name

Brady, United Against Gun Violence
Office name

840 First Street NE, #400, Washington, DC 20002
Address

202-370-8106
Telephone number

202-370-8102
Fax Number

edavis@bradyunited.org
Email Address