IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAYLA M. BRADY, *et al.*  <br><br>    Plaintiffs,  <br><br>    v.  <br><br>WALMART INC. *et al.*,  <br><br>    Defendants. | Civil Case No.: 8:21-cv-01412-CBD |

### PLAINTIFFS' NOTICE OF CONSTITUTIONAL CHALLENGE OF STATUTE

Plaintiffs, KAYLA BRADE, individually and as the Personal Representative of the ESTATE OF JACOB MACE, CHRISTOPHER CLARK, GRAYSON MACE, DEBRA MCCREARY, and MARK MACE, by and through their undersigned counsel, respectfully files this Notice of Constitutional Challenge with the Court.  In support thereof, Plaintiff show as follows:

 1. This action was instituted by Plaintiff on April 27, 2021.

 2. By certified letter dated October 26, 2021, Plaintiff provided the Attorney General of the United States with a copy of the Summonses and Complaint in this action and Plaintiffs' brief challenging the constitutionality of the Protection of Lawful Commerce in Arms Act (PLCAA), 15 U.S.C. § 7901, *et seq*.  A true and correct copy of that Notice is attached hereto as **Exhibit A.**  In that letter, Plaintiff communicated that he was serving a copy of the Summons and Complaint and Plaintiffs' brief on the Attorney General and the Complaint challenged the constitutionality of a federal statute.  The letter also communicated that the Complaint was filed against Walmart, Inc. and another Walmart entity, but neither the United States, nor one of its agencies, officers or employees had been named as a Defendant.

1

/s/ Kevin P. Sullivan
Kevin P. Sullivan, Esq., Fed Bar #27506
Daniel P. Stringer, Esq., Fed Bar #19243
SALSBURY SULLIVAN, LLC
100 N. Charles Street, Suite 900
Baltimore, MD 21201
Ph: (443) 869-3920
ksullivan@salsburysullivanlaw.com
dstringer@salsburysullivanlaw.com

Jonathan E. Lowy, Esq., *Pro Hac Vice*
Brady, United Against Gun Violence
840 First Street NE, Suite 400
Washington, DC 20002
Ph: (202) 370-8104
jlowy@bradyunited.org
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of October, 2021, a copy of the foregoing

*Plaintiffs' Notice of Constitutional Challenge of Statute,* was electronically filed and served on:

Kevin C. Schiferl, Esq.
Stephanie V. McGowan, Esq.
Adam S. Ira, Esq.
FROST BROWN TODD, LLC
201 North Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN 46244-0961
kschiferl@fbtlaw.com
smcgowan@fbtlaw.com
aira@fbtlaw.com

Christopher R. Dunn, Esq.
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
17251 Melford Blvd., Suite 200
Bowie, MD 20715
cdunn@decarodoran.com
***Attorneys for Defendants***

/s/ Kevin P. Sullivan
Kevin P. Sullivan, Esq., Fed Bar #27506