# **EXHIBIT A**

# SALSBURY SULLIVAN
ATTORNEYS AT LAW

October 26, 2021

**Sent via Certified Mail**
The Honorable Merrick B. Garland
Attorney General, United States of America
U.S. Dept. of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

      Re:    *Mace, et al. v. Walmart, Inc., et al.*
              United States District Court for the District of Maryland
              Case No.: 8:21-cv-01412-CBD
              **Notice of Constitutional Challenge**

Dear Attorney General Garland:

By way of this letter, we are providing Notice to the United States of America that Plaintiffs in the case of *Mace, et al. v. Walmart, Inc., et al.,* now pending before the United States District Court for the District of Maryland, are challenging the constitutionality of the Protection of Lawful Commerce in Arms Act (PLCAA), 15 U.S.C. § 7901, *et seq.* Enclosed, please find a copy of the Summons and Complaint filed on April 27, 2021 and Plaintiffs' brief challenging the constitutionality of PLCAA.

Very truly yours,

Kevin P. Sullivan
SALSBURY SULLIVAN, LLC
Attorneys for Plaintiffs


Jonathan E. Lowy, Esq.
BRADY, UNITED AGAINST GUN VIOLENCE
Attorneys for Plaintiffs

Enclosure

cc: Jody Lowenstein via Email: Jody.D.Lowenstein@usdoj.gov

SALSBURY SULLIVAN, LLC | 100 N. Charles Street, Suite 900, Baltimore, MD 21201 |
| p.443-869-3920 f.443-835-2678 | www.salsburysullivanlaw.com |