IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAYLA M. BRADY, et al. | * |
| | * Civil Case No.: 8:21-cv-01412-AAQ |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| WALMART INC., et al. | * |
| | * |
| Defendants. | * |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 101(2)(a)(1) and (b)(1), it is hereby requested that the appearance of Jonathan E. Lowy be withdrawn as counsel for Plaintiffs in this matter. The Plaintiffs continue to be represented by Kevin P. Sullivan, Daniel P. Stringer, and Erin C. Davis.

Respectfully submitted,

*/s/ Kevin P. Sullivan*
Kevin P. Sullivan, Esq., Fed Bar #27506
Daniel P. Stringer, Esq., Fed Bar #19243
SALSBURY SULLIVAN, LLC
100 N. Charles Street, Suite 900
Baltimore, MD 21201
ksullivan@salsburysullivanlaw.com
dstringer@salsburysullivanlaw.com

*/s/ Erin Davis*
Erin Davis, Esq., Fed Bar #30437
Brady, United Against Gun Violence
840 First Street NE, Suite 400
Washington, DC 20002
Ph: (202) 370-8104
edavis@bradyunited.org

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2023, a copy of the foregoing *Motion for Leave to Withdraw as Counsel,* was electronically filed and served on:

Kevin C. Schiferl, Esq.
Stephanie V. McGowan, Esq.
Adam S. Ira, Esq.
FROST BROWN TODD, LLC
111 Monument Circle, Suite 4500
Indianapolis, IN 46244-0961
kschiferl@fbtlaw.com
smcgowan@fbtlaw.com
aira@fbtlaw.com

Christopher R. Dunn, Esq.
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
17251 Melford Blvd., Suite 200
Bowie, MD 20715
cdunn@decarodoran.com

***Attorneys for Defendants***

>                     */s/ Kevin P. Sullivan*
>                     Kevin P. Sullivan, Esq., Fed Bar #27506