IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAYLA M. BRADY, *et al.* | Civil Case No.: 8:21-cv-01412-CBD |
| Plaintiffs, | |
| v. | |
| WALMART INC. *et al.*, | |
| Defendants. | |

### ORDER

Upon consideration of *Plaintiffs' Motion for Leave to Withdraw as Counsel* thereto, it is this _____ day of _____, 2023, by the United States District Court for the District of Maryland hereby:

**ORDERED** that Plaintiffs' Motion for Leave to Withdraw Jonathan E. Lowy as Counsel is hereby **GRANTED;** and it is further

**ORDERED** that Kevin P. Sullivan, Daniel P. Stringer, and Erin Davis shall remain as Counsel for Plaintiffs.

_____
Judge, United States District Court
District of Maryland

cc: All Counsel of Record