## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAYLA M. BRADY, *et al.* | * |
| | *   Civil Case No.: 8:21-cv-01412-AAQ |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| WALMART INC., *et al.* | * |
| | * |
| Defendants. | * |

### CONSENT MOTION TO MODIFY SCHEDULING ORDER

Defendants Walmart Inc. and Wal-Mart Stores East, L.P., (collectively, "Defendants"), by their undersigned counsel, and with the consent of Plaintiffs Kayla M. Brady, individually and as the personal representative of the Estate of Jacob C. Mace; C.C., by and through his mother and next friend Nicole Clark; G.M., by and through his mother and next friend Kayla M. Brady; Debra McCreary; and Mark Mace (collectively, "Plaintiffs"); and their respective counsel, respectfully request the Court modify the Scheduling Order entered on August 15, 2022 and November 7, 2022, and state as follows:

1. The Parties have been working diligently and cooperating in the discovery process. The parties have exchanged written discovery and are concluding the depositions of fact witnesses. The depositions of Plaintiffs' experts are scheduled for late August and September 2023 and will begin shortly. Defendants, therefore, propose a sixty day extension of all deadlines impacted by the depositions of Plaintiffs' experts in this matter.

2. All Parties have agreed to the proposed extension.

3. No party will be prejudiced by extending the deadlines. No trial date has been set in this case.

4. Defendants request that the following deadlines set forth in the Scheduling Order as amended on November 7, 2022 be extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery deadline; submission of status report | September 5, 2023 | November 6, 2023 |
| Dispositive pretrial motions deadline | October 3, 2023 | December 4, 2023 |

WHEREFORE, Defendants Walmart Inc. and Wal-Mart Stores East, L.P., respectfully request that the Court grant this Consent Motion to Modify the Scheduling Order.

Respectfully submitted,

By: */s/ Kevin C. Schiferl*
Kevin C. Schiferl, IN Atty #14138-49
Stephanie V. McGowan, IN Atty #30759-49
Adam S. Ira, IN Atty #32017-49
FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
PO Box 44961
Indianapolis, IN 46244-0961
Telephone: (317) 237-3819
Fax: (317) 237-3900
kschiferl@fbtlaw.com
smcgowan@fbtlaw.com
aira@fbtlaw.com

Christopher R. Dunn, #8712010168
DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
Telephone: (301) 352-4950
Fax: (301) 352-8691
cdunn@decarodoran.com
*Counsel for Defendants Walmart Inc. and Wal-Mart Stores East, L.P.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of August, 2023, a copy of the foregoing document was filed electronically with this Court's ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kevin P. Sullivan
Daniel P. Stringer
SALSBURY SULLIVAN, LLC
100 N. Charles Street, Suite 900
Baltimore, MD 21201
ksullivan@salsburysullivanlaw.com
dstringer@salsburysullivanlaw.com

*Attorneys for Plaintiffs*

                                                    */s/ Kevin C. Schiferl*

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
PO Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
kschiferl@fbtlaw.com
smcgowan@fbtlaw.com
aira@fbtlaw.com

LR08000.0745228  4874-3930-3544v1