IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAYLA M. BRADY, *et al.* * | |
| * | Civil Case No.: 8:21-cv-01412-AAQ |
| Plaintiffs, * | |
| * | |
| v. * | |
| * | |
| WALMART INC., *et al.* * | |
| * | |
| Defendants. * | |

## JOINT STATUS REPORT

Plaintiffs Kayla M. Brady, individually and as the Personal Representative of the Estate of Jacob Mace, Christopher Clark, Grayson Mace, Debra McCreary, and Mark Mace, by and through their attorneys, Kevin P. Sullivan and Daniel P. Stringer, Salsbury Sullivan, LLC, and the Defendants Walmart Inc. and Wal-Mart Stores East, L.P., by and through their attorneys, Kevin C. Schiferl, Stephanie V. McGowan, Adam S. Ira, Frost Brown Todd LLP, and Christopher R. Dunn, DeCaro, Doran, Siciliano, Gallagher & Deblasis, LLP, and pursuant to this Court's Scheduling Order, state as follows:

### A.   SCHEDULING ORDER

All parties have conferred and the current Scheduling Order is as follows:

| Event | Current Deadline |
|---|---|
| Discovery deadline; submission of status report | November 6, 2023 |
| Dispositive pretrial motions deadline | December 4, 2023 |

### B.   STATUS OF DISCOVERY

Discovery is completed. Both Plaintiffs and Defendants have deposed all fact witnesses in this matter and Defendants have deposed all of the Plaintiffs' expert witnesses in this matter.

### C.   MOTIONS PENDING

There presently are no motions pending.

**D.     DISPOSITIVE PRE-TRIAL MOTIONS**

The Defendants intend to file a motion for summary judgment.

**E.     JURY TRIAL**

This case is to be tried by a jury and the parties believe that it can be tried in eight to ten days.

**F.     SETTLEMENT NEGOTIATIONS**

The parties have engaged in settlement discussions.

**G.     SETTLEMENT CONFERENCE OR ADR**

The parties mediated this matter on June 22, 2023 with the Honorable William Connelly. The case did not settle.

**H.     ADDITIONAL MATTERS**

None.

Respectfully submitted,

| | |
|---|---|
| */s/ Kevin P. Sullivan*<br>Kevin P. Sullivan, Fed Bar #27506<br>Daniel P. Stringer, Fed Bar #19243<br>SALSBURY SULLIVAN, LLC<br>100 N. Charles Street, Suite 900<br>Baltimore, MD  21201<br>Ph:  (443) 869-3920<br>ksullivan@salsburysullivanlaw.com<br>dstringer@salsburysullivanlaw.com<br><br>Jonathan E. Lowy, *Pro Hac Vice*<br>Brady, United Against Gun Violence<br>840 First Street NE, Suite 400<br>Washington, DC  20002<br>Ph:  (202) 370-8104<br>jlowy@bradyunited.org<br><br>*Attorneys for Plaintiffs* | */s/ Kevin C. Schiferl*<br>Kevin C. Schiferl, IN Atty #14138-49<br>Stephanie V. McGowan, IN Atty #30759-49<br>Adam S. Ira, IN Atty #32017-49<br>FROST BROWN TODD LLP<br>111 Monument Circle, Suite 4500<br>PO Box 44961<br>Indianapolis, IN 46244-0961<br>Telephone: (317) 237-3819<br>Fax: (317) 237-3900<br>kschiferl@fbtlaw.com<br>smcgowan@fbtlaw.com<br>aira@fbtlaw.com<br><br>Christopher R. Dunn, #8712010168<br>DeCARO, DORAN, SICILIANO,<br>GALLAGHER & DeBLASIS, LLP<br>17251 Melford Boulevard, Suite 200<br>Bowie, Maryland 20715<br>Telephone: (301) 352-4950<br>Fax: (301) 352-8691<br>cdunn@decarodoran.com<br><br>*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, L.P.* |

Date:  November 6, 2023

LR08000.0745228   4873-2711-5916v1