IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KAYLA M. BRADY, *et al.* | * | |
| | * | Civil Case No.: 8:21-cv-01412-AAQ |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| WALMART INC., *et al.* | * | |
| | * | |
| Defendants. | * | |

**<u>WALMART DEFENDANTS' MOTION FOR LEAVE TO FILE PHYSICAL EXHIBIT</u>**

Defendants Walmart Inc. and Wal-Mart Stores East, L.P. (collectively, "Walmart"), by counsel, request leave of Court to file a physical exhibit in support of Walmart Defendants' Motion for Summary Judgment. In support of its Motion, Walmart states as follows:

1. On December 4, 2023, Walmart filed its Motion for Summary Judgment, Brief in Support, Designation of Evidence, and proposed Order on same. (ECF Nos. 70 through 70-34).

2. On December 4, 2023, Walmart also filed a Notice of Filing of Physical Exhibit related to Exhibit 70-20, Excerpts of the St. Mary's County Sheriff Office Recorded Statement of Hannah Werner. (ECF No. 71).

3. On December 5, 2023, the Court provided Notice to Walmart that the Notice of Filing of Physical Exhibit was filed incorrectly and that Walmart needed to file a Motion for Leave to File the physical exhibit. (ECF No. 72).

4. In compliance with the Court's Notice, Walmart hereby seeks leave of Court to file a physical exhibit.

5. Walmart represents that Exhibit 70-20, Excerpts of the St. Mary's County Sheriff Office Recorded Statement of Hannah Werner, is a recorded statement of Hannah Werner and cannot be submitted in electronic form via the Court's ECF filing system.

6.     Accordingly, Walmart requests that the Court permit it to mail two copies of the physical exhibit to the Clerk's Office as well as a copy to all counsel of record.

WHEREFORE, Defendants Walmart Inc. and Wal-Mart Stores East, L.P., by counsel, respectfully moves the Court for an order granting it leave to file a physical exhibit, and for all other just and proper relief.

Respectfully submitted,

By: */s/ Stephanie V. McGowan*
Kevin C. Schiferl, IN Atty #14138-49
Stephanie V. McGowan, IN Atty #30759-49
Adam S. Ira, IN Atty #32017-49
FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
PO Box 44961
Indianapolis, IN 46244-0961
Telephone: (317) 237-3819
Fax: (317) 237-3900
kschiferl@fbtlaw.com
smcgowan@fbtlaw.com
aira@fbtlaw.com

Christopher R. Dunn, #8712010168
DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
Telephone: (301) 352-4950
Fax: (301) 352-8691
cdunn@decarodoran.com
*Counsel for Defendants Walmart Inc. and Wal-Mart Stores East, L.P.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 5th day of December 2023, a copy of the foregoing document was filed electronically with this Court's ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kevin P. Sullivan
Daniel P. Stringer
SALSBURY SULLIVAN, LLC
100 N. Charles Street, Suite 900
Baltimore, MD  21201
ksullivan@salsburysullivanlaw.com
dstringer@salsburysullivanlaw.com

*Attorneys for Plaintiffs*

                                       */s/ Stephanie V. McGowan*

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
kschiferl@fbtlaw.com
smcgowan@fbtlaw.com
aira@fbtlaw.com

LR08000.0745228   4856-0049-6021v1