Transcript of the Testimony of

# KAYLA BRADY

February 2, 2023

KAYLA BRADY, ET AL. v. WALMART INC., ET AL.

**AKM Reporting**
(410) 703-9767
akmckin@comcast.net



NCRA™
M E M B E R
Guardians of the Record



PLAINTIFF'S
EXHIBIT

3

KAYLA BRADY - February 2, 2023

25

1 Q Did he post anything like videos?

2 A No.

3 Q Snapchat?

4 A I think I made him get a Snapchat and I

5 was the only one who sent him anything so not really.

6 Q Have you ever had access to Jake's

7 Facebook account?

8 A Yes.

9 Q When was the first time you had access to

10 it?

11 A I'm not -- like in our whole relationship?

12 Q Yes.

13 A Probably pretty early on in our

14 relationship.

15 Q And how did you come to have access to his

16 Facebook?

17 A He just gave it to me because he said that

18 people had trust issues that he'd been with in the

19 past and he didn't want me to have them so he just

20 gave me his information and let me just look at it if

21 I ever wanted to.

22 Q Did he ever tell you at any point that he

KAYLA BRADY - February 2, 2023

46

1    self-inflicted injuries in his lifetime?

2           A    Yes.

3           Q    What kinds of injuries?

4           A    He used to cut himself.

5           Q    Had you ever observed him doing that?

6           A    Like watched as he did it?

7           Q    Or walked in the room or --

8           A    I have -- I don't think I physically seen

9    him, but I've seen like the after.

10          Q    Where would he cut himself?

11          A    Like on his body?

12          Q    Yes.

13          A    Everywhere; arms, legs, thighs, his

14    stomach once or twice, his chest.

15          Q    Would he do it in places that would

16    normally be covered up by like a sleeve or shorts or

17    something like that?

18          A    Yeah.

19          Q    Did Jake typically wear clothing that

20    would reveal the scars of his cutting?

21          A    Not usually.  I mean, he had some scars

22    that were like not going to go away so he could only

54

1           A    Yes.

2           Q    Did you remain friends until the time that

3    you started dating?

4           A    Yes.

5           Q    And when did you start dating?

6           A    2016, January 17.

7           Q    Did you say you got married January 17,

8    2019?

9           A    Yes.

10          Q    So that was on your third anniversary?

11          A    Yes.

12          Q    Are you aware of any prior suicide

13    attempts by Jake?

14          A    Just from what I've been told.

15          Q    Who all has told you about those?

16          A    His mother and his sister.

17          Q    Did Jake ever tell you about them?

18          A    Well, I think the first time that I heard

19    anything was his -- me, him and his sister were all

20    just talking.  And his sister was like remember this

21    time when this happened.  And then we all just kind

22    of talked about it.

KAYLA BRADY - February 2, 2023

55

1      Q    When was that?

2      A    Probably sometime in 2016.  When did we

3   talk about it or when did it happen?

4      Q    When did you talk about it?

5      A    Oh, yes, 2016.

6      Q    So you knew in 2014 that he struggled with

7   depression, but you didn't necessarily know that he'd

8   had a history of attempting suicide, right?

9      A    Right.

10     Q    And then in 2016, his sister brought that

11  subject up in a conversation and then you all talked

12  about it?

13     A    Yes.

14     Q    Did you come to learn about anymore

15  attempts Jake had had after that?

16     A    I don't think really.  I don't know if the

17  other things that happened were necessarily attempts.

18     Q    When you say the other things that

19  happened, what are you talking about?

20     A    I mean the times where he would self harm.

21     Q    And what sorts of things would he do to

22  self harm?

56

1        A    Well, one time I know I was not there for,

2    but I was told -- he told me that he really, really

3    hurt his arm, and I do not remember on what, but that

4    left a forever big keloid thing.  But every other

5    time that I knew of wasn't as serious.  I mean, it's

6    serious regardless, but not leaving a huge keloid

7    like that.

8        Q    Did he ever tell you that he had attempted

9    to hang himself?

10       A    Yes.

11       Q    When did he tell you about that?

12       A    That was the conversation we had in 2016.

13       Q    And what did he tell you about that?

14       A    Just that his sister saw him.  That's what

15   we were talking about.  That's why she brought it up,

16   because she saw that.

17       Q    Did you ever go to any of Jake's

18   appointments with his mental health providers with

19   him?

20       A    Just his most recent therapist.

21       Q    Holly Norris?

22       A    Yes.

KAYLA BRADY - February 2, 2023

59

1   shopping.

2   BY MR. IRA:

3        Q    You said you can't drive?

4        A    Yes.

5        Q    Is that because you haven't gotten a

6   license?

7        A    Yes.

8        Q    What can you tell me about what was going

9   on in Jake's life in the two weeks before he passed

10  away?

11       A    Well, there was a lot -- I mean, a huge

12  focus of what we were talking about was Hannah.  And

13  I was trying to help him figure that out.  We were

14  trying to talk about how we could get past that.  And

15  there was just a lot of him feeling like a horrible

16  person and there was just -- the last few weeks were

17  just really rough for him.  He was just really upset

18  all the time.  There was not a lot of consoling him

19  because he just felt like this bad person.

20       Q    What was going on with Hannah that you

21  know of?

22       A    He really, really liked her apparently.

KAYLA BRADY - February 2, 2023

61

1    me if I wanted to go somewhere and he really didn't

2    want to go, but I just really wanted to get out of

3    the house.

4         Q    Why would he be upset about that?

5              MR. SULLIVAN:   Objection.

6         A    He just never -- he just didn't want to

7    leave.  I wouldn't say never wanted to leave, but

8    like he would be at work and then he'd come home and

9    I would be like, "You are finally home.  Can we go do

10   something?"

11             And he'd be like, "No, I'm tired."

12        Q    So in those situations even if you just

13   wanted to get out and do something by yourself, he

14   would have to drive you?

15        A    Yes.  I do understand why he would be

16   frustrated with that.

17        Q    Did Jake communicate anything else to you

18   that he thought was either being mean or critical to

19   him?

20        A    I'm not sure.  I do know that he would

21   tell people -- I don't really know, but I know that

22   he would just kind of get in his feelings and say

KAYLA BRADY - February 2, 2023

62

1   that everything I did was mean.  But that would

2   just -- I don't know.  He would just have bad days

3   sometimes mentally and he would just take everything

4   very personally.  So things that would not really

5   cause another person to be upset would really upset

6   him.

7        Q    When you say Jake would get in his

8   feelings, what do you mean?  Are you saying that he

9   perceived the world in a different way than it

10  actually was?

11       A    Maybe.

12       Q    Can you give me any specific examples of

13  that.

14       A    Honestly, not really.

15       Q    What exactly happened as far as you know

16  between Hannah and Jake?

17       A    Well, first they seemed like they were

18  just normal friends, but I guess it was very, very

19  quickly that it became way more than that.  And they

20  were sending pictures back and forth and saying like

21  couples things like "Good night, beautiful," stuff

22  like that.  And I do know that he took her out on a

66

1          So you think that you may have found out

2     that Jake was going on a date with Hannah potentially

3     because you had accessed either his Facebook or his

4     phone?

5          A    I think so.

6          Q    So when did this all come to a head?  I've

7     seen some of the messages that suggest you told Jake

8     that he needed to make a choice.

9          A    Yeah, I did, because it was really

10    affecting me like a lot.  I started having very early

11    contractions and I went to the hospital.  So, you

12    know, I was very -- we needed to figure something out

13    because I can't do that.

14         Q    When did you go to the hospital because of

15    the contractions?

16         A    Actually, one of the nights that he was

17    turned away from St. Mary's is when I went -- we

18    literally met up there.

19         Q    The night Jake was turned away from

20    St. Mary's, do you recall when that was?

21         A    I'm sorry.  I do not.

22         Q    How did you approach Jake about having to

KAYLA BRADY - February 2, 2023

69

1        A    I mean, I really can't imagine I would at

2   all.  I was so excited to have him.

3   BY MR. IRA:

4        Q    What was your understanding of the choice

5   that Jake made between you and Hannah?

6        A    Honestly, I really don't know.  I have no

7   idea if he ever actually made a choice or not.

8        Q    Did Jake ever tell you that he wanted a

9   divorce?

10       A    Yeah.

11       Q    How many times did he say that?

12       A    Maybe like once or twice, but it was all

13  in the same like few days time frame.

14       Q    And when was that?

15       A    Probably just when he was in and out of a

16  hospital, somewhere around there.

17       Q    Did you believe him when he said that?

18       A    No, I did not.

19       Q    Why not?

20       A    Because I knew he was just really upset in

21  the moment.

22       Q    Can you think of any other examples where

KAYLA BRADY - February 2, 2023

70

1    Jake would get upset and say something that he did

2    not mean?

3          A    I mean, not a direct thing, but, yeah,

4    people do that all the time.  He definitely did.  I

5    did.  Every one just says things they don't mean.

6          Q    What can you tell me about what happened

7    on Halloween of 2019.

8          A    That is the night that his sister found

9    him in the bathroom hurting himself and then his

10   mother took him to the hospital.

11         Q    Had you known about the -- whatever was

12   going on between Jake and Hannah by that time?

13         A    Yes.

14         Q    Had you confronted him about it by then?

15         A    I think so.  Yes, definitely.  Yes.

16   Sorry.  It took my brain a minute.

17         Q    What did you communicate to Jake when you

18   initially heard about what was going on between him

19   and Hannah?

20         A    I honestly don't remember.  I just

21   remember that I was upset.  I do remember that when I

22   found out, I told Jenn and Joel to come over that day

KAYLA BRADY - February 2, 2023

74

1      Q    When you say you know exactly what day I'm

2    talking about, can you fill me in on what you mean?

3      A    Yes.  First, his sister turned the Wi-Fi

4    off.  She unplugged the box because at that point she

5    was like "Come on, just stop talking to Hannah.

6    That's all she wants you to do is to stop talking to

7    her."

8          He was like, "Okay," and then immediately

9    he was talking to her again.

10          So she said, "Now you are not talking to

11    her" and unplugged it.

12          And then he said, "Well, fine.  I have

13    data."  And then he was like showoffy (sic), like "I

14    can still talk to her."

15          So I went on his phone account and turned

16    his phone off for maybe like a half an hour.  I

17    wouldn't even say that long because he was like "I'm

18    really upset.  What if I needed to call somebody?"

19          I was like, "Okay.  You are right.  I just

20    really wanted you to stop talking to her."

21      Q    Did you know if Jake needed his cell phone

22    to execute on his suicide action plan, like if he

KAYLA BRADY - February 2, 2023

77

1    Q    What can you tell me about the day before

2    Jake passed, what happened that day?

3    A    I honestly mainly just remember Christmas

4    shopping and I got my flu shot.

5    Q    Did you and Jake get into an argument?

6    A    We did that night.

7    Q    What happened?

8    A    He wanted to be intimate and I could not

9    and he got very upset at that.

10   Q    So Jake wanted to be intimate with you,

11   physically intimate, and you were unable to

12   accommodate his request?

13   A    Yes.

14   Q    And did he perceive that as a personal

15   attack on him or what?

16   A    Yes.

17         MR. SULLIVAN:  Objection.

18         MR. IRA:  Fair point.

19   BY MR. IRA:

20   Q    What did Jake say?  What did Jake say to

21   you that night and what did you say to him?

22   A    When?

KAYLA BRADY - February 2, 2023

78

1    Q   The night before, before taking --

2    A   I know, but do you mean like how did he

3  ask that he wanted to do that or do you mean like

4  after that was denied?

5    Q   What was the fight about?

6    A   Well, when I told him, I mean, I was

7  crying.  And he was like, "Why are you crying?"

8        And I was like, "I'm just upset right now.

9  I don't want to do that."

10       And he was like, "You are making me feel

11  like a monster."  And he just got really mad at

12  himself and he kind of flew off the handle and he

13  wanted to like run out of the house.

14       And I stopped him at the door and I was

15  like, "You cannot leave.  I don't feel like you are

16  safe.  I don't want you to leave."

17   Q   Why did you feel Jake wasn't safe?

18   A   Well, with going in and out of the

19  hospital and then he started freaking out, I just did

20  not feel comfortable with him leaving.  I tried to

21  tell him that he could do literally anything else to

22  blow off steam, whatever he wanted to do.  I just did

KAYLA BRADY - February 2, 2023

79

1    not want him to be alone at that time completely

2    because I was scared of where he was going to go.

3            Q    Was there any physical altercation that

4    night?

5            A    No.

6            Q    Have you ever thrown anything at Jake?

7            A    I've thrown a pillow at him.

8            Q    How about a remote?

9            A    No.

10            Q    How about a phone?

11            A    One time years ago I threw a phone next to

12    him.  Like he was in the room, but it was not like to

13    him or at him.  I was not even mad at him.  It had

14    like zero, nothing, to do with him.

15            Q    So if Jake told somebody that you had

16    thrown a remote at him, that wouldn't be true?

17            A    Yes, definitely.  I don't even think we

18    knew where our TV remote was half the time.

19            Q    I understand that.

20            MR. SULLIVAN:  Very relatable.

21    BY MR. IRA:

22            Q    So Jake gets upset.  He ran out the front

KAYLA BRADY - February 2, 2023

83

1          A    Kind of.  It's pretty fuzzy because I was

2    basically asleep still.  But I do remember seeing him

3    like take a shower and getting dressed and then, you

4    know, we kissed good-bye or whatever, have a good

5    day, but I went back to sleep.

6          Q    Do you have a recollection of kissing him

7    that morning?

8          A    Yes.

9          Q    Was he still angry about the night before?

10         MR. SULLIVAN:  Objection.

11         A    No, actually.

12   BY MR. IRA:

13         Q    And how do you know that?

14         A    I mean, he didn't mention it.  He was very

15   calm.  He even came back a second time to give me

16   another hug.  And we even -- we talked about

17   something dumb like don't forget this is in the frig

18   for lunch or whatever.

19         Q    After Jake left for work you didn't see

20   him again?

21         A    No.

22         Q    And you said that you had exchanged text

95

1  interview and said that they found something, but

2  they weren't sure.  And they -- I don't even know why

3  they were saying this, but they said that they have

4  to check all the ditches and stuff first because the

5  truck door was open, but it wasn't.  I don't know.

6  We heard a lot of weird information.

7      Q   You heard somebody say to check the

8  ditches because Jake's truck door was open?

9      A   Yeah.  That's what they told us.  I was

10 like -- I asked them probably at least ten times,

11 "Did you check inside the truck."

12          And they said, "Ma'am, we can't release

13 any information to you yet."

14          And I was like, "Okay.  So he's not in the

15 truck then?"  That's what I was assuming, because

16 they said they had to check all the grass areas

17 around the truck.

18     Q   Can you describe for me how you were

19 informed that Jake had passed away?

20     A   Well, I was sitting in Jenn's car and they

21 were done talking to us.  And then they -- some guy

22 really slowly came over and said, "I'm sorry, but

KAYLA BRADY - February 2, 2023

96

1    he's not here anymore."

2        Q    And how did that make you feel?

3        A    Destroyed.  Like I kind of just sat there

4    in shock for a little while and I just screamed until

5    no sound came out.

6        Q    At the park?

7        A    Yes.

8        Q    What happened after that?

9        A    I called my foster mom.  And it turns out

10   she was actually at the senior center of the park

11   that we were at so they gave me a ride back home.

12       Q    The police did?

13       A    Oh, no.  Sorry.  My foster mom did.  Oh,

14   no.  Her daughter, Catrina did.  Sorry.  They were

15   together.

16       Q    So your foster family took you back to

17   your apartment?

18       A    Yes.

19       Q    Was Ms. McCreary present at the apartment

20   when you got there?

21       A    Yes.

22       Q    What did she say to you when you were

KAYLA BRADY - February 2, 2023

97

1    there?

2          A    I don't think she said anything.  I think

3    we just sat there and hugged and existed together for

4    a minute.

5          Q    Did Jennifer come back with you, Jennifer

6    Krebs?

7          A    I'm pretty sure she drove back by herself.

8          Q    To your apartment?

9          A    Yes.

10          Q    Did she inform anyone at the apartment

11    that Jake had passed or did everybody there already

12    know?

13          A    I'm pretty sure everyone already knew.

14          Q    Do you recall Ms. McCreary saying anything

15    about changing the oil in her car?

16          A    No.

17          Q    What happened after you got back to your

18    apartment?

19          A    Just a lot of people.  I don't really

20    remember too well.  I just know that there was people

21    and everyone was like I'm so sorry, blah, blah, blah.

22    I just kind of was zoned out and not really paying

102

1          A    And Nicole was there.

2          Q    Mace?

3          A    Yes.  And Debbie was there.  I think

4    that's it.  I don't really remember it that much.

5          Q    Can you tell me how the loss of Jake has

6    affected you.

7          A    In every way is probably the easiest

8    answer.  Just life is so different, you know.

9          Q    How is life different since Jake is gone?

10         A    Well, we planned a whole future and now

11   there is no future.

12         Q    What was the future that you had planned?

13         A    To be alive together and married and have

14   more children and just live a normal life that

15   everyone lives.  And a lot of things are just hard

16   now.  Just being out in public and seeing couples be

17   obnoxious together literally kills me.  I can't even

18   watch things on Facebook about like, I don't know,

19   like kids with their fathers or seeing stuff like

20   that in public.

21              I was fully prepared -- like he really

22   wanted me to be a stay-at-home mom.  He wanted to

KAYLA BRADY - February 2, 2023

109

1       Q   After Jake passed away?

2       A   Yes.

3       Q   Okay.  Were you ever present when anyone

4  was talking to any managers at Walmart before Jake

5  passed away?

6       A   I don't think so.

7       Q   Did Jake ever complain about the way he

8  was treated at Walmart?

9       A   Yeah.

10      Q   What sort of complaints did he make?

11      A   He said a lot that he didn't feel heard.

12  I don't really know what that means, but he said he

13  didn't really feel heard.  And -- I mean, this was

14  dramatic, but he would say that he thought he was

15  being worked like a dog.  He was really -- he said he

16  was always nervous to ask for any time off because

17  sometimes somebody would yell at him if he ever

18  mentioned it.

19      Q   Was it you who was telling me that

20  sometimes Jake would perceive criticism as someone

21  yelling at him?

22      A   No.

139

1    concern, I'll pull it up and we'll print up a full

2    and complete copy.

3              MR. SULLIVAN:  That's not necessary.  I

4    just wanted to note for the record it's not complete.

5    BY MR. IRA:

6        Q    These are select pages of the conversation

7    between Jake and Jennifer Krebs.  And I think it

8    makes the most sense to start at the rear of this on

9    page 88 of 88.  And we'll work our way forward

10   because that's chronological order.  So the last page

11   of this is the oldest and it gets newer and newer as

12   we get closer to page 1.  Otherwise, it gets really

13   confusing if you try to read it normally.

14             Would you please turn to page 86?  That

15   would be the third to the last page.  I want to you

16   look at the last message on the page there from Jake

17   Mace that says, "She cried and said I don't love

18   Grayson and I don't deserve him.  She said if

19   anything happens to him, she'll kill me.  Also more

20   shit, but primarily that."

21             Do you know what's he's talking about

22   there?

KAYLA BRADY - February 2, 2023

140

1        A    No.

2        Q    Okay.  Please turn to page 87.  If you

3    look here in the middle of the page, there is a

4    message from Jake Mace that says, "Bruh, more shit

5    went down last night.  I'm getting to the fucking

6    breaking point again.  Kayla pissing me off again."

7             Approximately 30 seconds later, Jenn Krebs

8    asked why.  And at 8:31:39 a.m. Jake says, "More shit

9    last night.  Don't remember if I told you."

10            And if we go to page 86, we can't say what

11   Jenn Krebs said because however this was printed or

12   prepared, we don't have access to what she said.  But

13   then this is when Jake says, "She cried and said I

14   don't love Grayson and I don't deserve him.  She said

15   if anything happens to him, she'll kill me.  Also

16   more shit, but primarily that."

17            Are you denying that you said these things

18   to Jake?

19            MR. SULLIVAN:  Objection.

20       A    Yeah.  I would never say I would kill him.

21   BY MR. IRA:

22       Q    Is there anything else in this last entry

KAYLA BRADY - February 2, 2023

141

1   on page 86 that you wouldn't say?

2          A    I do remember saying -- it's a little

3   twisted here, but I was crying and I said that

4   Grayson doesn't deserve to be in a house like this.

5          Q    When did you say that to him?

6          A    When did I say that?

7          Q    Uh-huh.

8          A    Probably that night he's talking about.

9          Q    And what were you talking about?

10         A    Oh, I was telling him that I don't think

11  Grayson deserves to grow up in a house full of

12  yelling.

13         Q    Would you please turn to page 85.  Does 85

14  depict screen shots of text messages you sent Jake?

15         A    Yes, it looks like it.

16         Q    I'm looking at the very bottom text

17  message.

18         A    Yes.

19         Q    It says, "I love you too.  Please

20  understand that.  But I'm still hurting from

21  everything before and after the cheating."

22              Is that Jake saying that?