

## Planet Depos
We Make It Happen

# Transcript of Craig J. Bryan, PSYD

**Date:** September 8, 2023
**Case:** Brady, et al. -v- Walmart, Inc., et al.

Planet Depos
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com



PLAINTIFF'S EXHIBIT 22

WORLDWIDE COURT REPORTING & LITIGATION TECHNO

```
1    Q.         All right.  Sir, we're back on the record.
2    My next question is can we agree that you cannot
3    quantify the reduction in risk of Mr. Mace
4    successfully committing suicide if he hadn't been
5    sold a gun by Walmart?
6    A.         Well, we can estimate that if he had not
7    been able to purchase that firearm, the likelihood of
8    him dying would be greatly reduced.
9    Q.         Well, that assumes that he would not have
10   found another lethal means, correct?
11   A.         Well, what we understand about lethal means
12   is that the case fatality rate of firearms is so much
13   higher than other methods, that even if he had found
14   another method, the likelihood of him dying by
15   suicide would be very, very low.
16   Q.         I was looking through a lot of the
17   publications that you listed in your report, and I
18   think I came across one that -- and maybe this wasn't
19   listed in the report, but there was a study that
20   indicated firearm's certainly the most lethal means,
21   but a close second was -- and this kind of surprised
22   me -- drowning?
```

1   A.          (Nods head.)

2   Q.          And I believe that study put that fatality

3   rate at about 60 percent.  Would you agree or

4   disagree with that?

5           MR. SULLIVAN:  Just one second.  I just

6   make sure -- drowning, that the fatality rate is 60

7   percent?  Is that the question?

8           MR. IRA:  Yeah.  Yes.

9   A.          That sounds about right.

10  Q.          Okay.  And what is the fatality rate of a

11  firearm?

12  A.          Typically, 90 to 95 percent.

13  Q.          Okay.  So assuming Mr. Mace had not found a

14  way to access a firearm someway -- somewhere else, if

15  he had, for example, you know, jumped off of a bridge

16  or something like that, his risk was reduced perhaps

17  by 30 percent because he didn't use a firearm, but he

18  jumped off of a bridge, right?

19          MR. SULLIVAN:  Objection.

20  A.          I mean, so that -- what that -- so that

21  comparison of the case fatality rates, yes, that's a

22  difference of 30 percent.  What it excludes, though,

```
 1  is access to can be availability.
 2  Q.        Okay.  And all of this assumes if Mace had
 3  been denied a sale of a firearm at Walmart, where, in
 4  your opinion, folks at Walmart knew about his
 5  condition, if he had gone down the street to another
 6  gun store, he would have been sold a gun, right?
 7  A.        Possibly.
 8  Q.        And in that instance, he still would have
 9  had access to a highly lethal means of suicide?
10  A.        Yes.  If someone had sold him a firearm.
11  Q.        And if he drove down the street to another
12  firearm store and purchased a gun, Walmart's denial
13  of the sale still would not have saved his life in
14  that instance?
15  A.        The reason I think that the denial of the
16  sale at Walmart still would have prevented his
17  suicide even if there were other gun dealers down the
18  road, because research shows that the mean
19  substitution -- that's kind of what you're getting at
20  here -- is very uncommon, and it seems to be the case
21  that the suicidal state is characterized by extreme
22  tunnel vision.  You lose executive functioning,
```

```
 1  problem solving capacity.
 2          And so if you're unable to gain access to
 3  the method or your suicide attempt has been thwarted,
 4  what the research would suggest is that most people
 5  will not sort of problem solve or switch to something
 6  else under those circumstances.  They're just
 7  thwarted in that moment.
 8          And so that's where I think, again, had
 9  Walmart said no, not -- you know, sold the firearm to
10  him, I don't think the suicide would have occurred.
11  Q.      Well, that raises an interesting point,
12  when an attempt is unsuccessful or is thwarted,
13  you're saying that the literature indicates that
14  someone will not further pursue it, typically?
15  A.      Typically.
16  Q.      Have you seen evidence that suggests that
17  Mr. Mace attempted to fire the shotgun and it did not
18  go off?
19  A.      I don't recall that, no.
20  Q.      Wouldn't that fall into the category of a
21  thwarted attempt?
22  A.      Not necessarily, no.
```

1  A.    I can't say many things with certainty.
2  Q.    Many things including the proposition that
3  stopping the sale in that moment would have prevented
4  the suicide?
5        MR. SULLIVAN:  For certainty?
6        MR. IRA:  Yes.
7        MR. SULLIVAN:  Object.  Same objection.
8  A.    I cannot say that with a hundred percent
9  certainty.
10 Q.    What degree of certainty can you say that
11 with?
12 A.    I would say that had the sale not occurred,
13 it's definitely more likely than not he would have
14 not died.
15 Q.    Well, I think I saw that -- this may have
16 been in your report.  It may have been in some
17 literature -- that there's -- of course, the research
18 varies on this, but I think I saw a period of time of
19 about two to three hours, that has been found to be
20 that period of time when someone intensely
21 experiences the urge to commit suicide; is that
22 correct?

1  explain to me what that means?
2  A.        Sure.  So if we want to understand if
3  someone is likely to die as a result of their suicide
4  attempt, the most important factor to consider is
5  what method are they using, and it's sort of I think
6  a common assumption.  It's a prevailing perspective
7  of suicide, that intent that is how upset is the
8  person, how badly do they want to die, and so if they
9  really want to do it, they're going to find a way to
10 do it.
11           But what research shows is that actually,
12 that those indicators of distress, of intent, are
13 actually pretty weakly correlated with what actually
14 happens, like does a person die or are they severely
15 injured, things like that, or did they just kind of
16 wake up and walk away.
17           And so a great example to illustrate this,
18 I think is, you know, a person may not be fully
19 resolved to kill themselves.  They're maybe thinking
20 about it.  They're upset, but they don't have a whole
21 lot of strong intent.
22           They decide I can just kill myself.  If

```
 1   they have a gun, they'll probably die.
 2           Conversely, you can have someone who's
 3   really, really suicidal, who really strongly wants to
 4   die.  If they don't have access to highly lethal
 5   methods, they're probably not going to die by
 6   suicide, even if they do it.
 7   Q.      You go on to state after that sentence,
 8   "Individuals with strong intent to kill themselves,
 9   therefore, frequently survive their suicide attempts
10   when they do not have access to highly lethal
11   methods.  Can that be quantified, the rate of
12   survival of using methods other than a firearm?
13   A.      Yeah.  And so that's the term I think I've
14   used a few times, is case fatality rate or sometimes
15   case fatality ratio is used.  Yeah, that's actually
16   -- those kind of statistics have been published where
17   they -- that's where the 90 to 95 percent of firearms
18   self-inflicted gunshot wounds are fatal, where we get
19   to like overdosing on medication, you're looking at
20   maybe a two percent fatality rate.
21   Q.      I think I saw that -- I'm thinking of
22   something else.
```

1  periods of acute ideation?
2  A.          It can be many different things.  You know,
3  and I liken that question, like what are the things
4  that cause a car crash?  Well, it depends.  And so
5  you can't really boil it down to one or two things,
6  but, presumably, you know, with what we think is what
7  people tell us during those periods, is it's usually
8  some sort of a reaction or something like that.
9  Q.          I'm looking at Paragraph 4.  You said, "Had
10 Walmart store management taken steps to restrict the
11 sale of firearms to Jacob Mace, Jacob Mace would not
12 have been able to acquire the shotgun that he used to
13 kill himself less than two hours later."
14             That's assuming that he would not have
15 found another way to access a firearm?
16 A.          Yes.
17 Q.          Okay.  And the last sentence in Paragraph 4
18 says, "But for the sale of the firearm to Jacob Mace,
19 he would not have taken his life that day."  Would
20 you agree with me that that's speculative?
21 A.          I would say that that is an opinion that's
22 informed by the research of what we understand about

1   how suicidal states come and go and how access to
2   highly lethal methods kind of interacts with those
3   episodic states.
4   Q.        Sure.  And I appreciate what the research
5   says about things that generally contribute to
6   ideation, reduce the likelihood of suicide attempts
7   and successful suicide.  I appreciate what that
8   research says, but to say that, "But for the sale of
9   the firearm to Jacob Mace, he would not have taken
10  his life that day," you can't just answer that
11  question with research, right?  You've got to look at
12  the particular circumstances?
13  A.        Well, I would argue that's a limitation of
14  all research.  I mean, you know, I was asked to
15  render an opinion based on science, based on
16  evidence, and based on that knowledge and based on
17  those data streams, I think that's a -- I think
18  that's a reasonable opinion.
19  Q.        Okay.  And to what degree of certainty are
20  you rendering that opinion?
21  A.        I would say, you know, beyond -- I would
22  say a high degree of certainty.  I guess maybe

1  greater than like 80 percent or 90 percent.
2  Q.          And implicit in the fact that you're
3  rendering that opinion to a degree of certainty that
4  is 80 to 90 percent, you can't rule out the
5  possibility that he would have found another way?
6  A.          No, I cannot.
7  Q.          Can you rule out the possibility that his
8  intense experiences of suicidal ideation would have
9  continued to increase after November 15th?
10 A.          I think based on his history and based on
11 the information that I was, you know, able to review,
12 I think it's likely he would have gone through these
13 sort of episodic stages.  There would have been an
14 ebb and flow in his suicide risk over time.  And I
15 say that mostly because, again, that seems to be sort
16 of the time course and the progression of suicidal
17 states, especially amongst people with histories of
18 mental health problems, prior attempts.
19 Q.          For how long would his feelings of suicidal
20 ideation would have ebbed and flowed after November
21 15th?
22 A.          My experience is that patients with