# Anduril, LLC
1242 Lincoln Rd, Grandview Heights, Ohio 43212

October 1, 2023

Kevin P. Sullivan
Salsbury Sullivan LLC
100 N. Charles Street, Suite 900
Baltimore, MD 21201

Re: Kayla Brady, et al. v. Walmart, Inc., et al.
    Case No.: 8:21-cv-01412-CBD

Dear Mr. Sullivan,

I am submitting this addendum to my report dated 2/13/23. Since submitting my report, I have reviewed the deposition transcripts listed in Attachment A. Upon review of these additional sources of information, my opinions in this case are unchanged and are further supported by these new sources of information.

1. **The shotgun sale to Jacob Mace occurring at Walmart on November 15, 2019, should not have occurred.**

   According to Mr. Nicholas Colucci, Walmart's senior director for Alcohol, Tobacco, and Firearms compliance, several Walmart procedures and policies were in place at the time of Mr. Mace's death that allowed sales associates to deny the sale of firearms to individuals for nondiscriminatory reasons including elevated risk of suicide. Mr. Colucci further indicated that, prior to the sale of any firearm at Walmart, sales associates are required to review a file containing 4473 forms from customers who were denied a firearm sale. Mr. Colucci indicated that Walmart also maintains a "block list" of individuals who are prohibited from purchasing firearms.

   Mr. Brennan Jones, a co-manager of the Walmart location that sold Mr. Mace the shotgun that he subsequently used to kill himself, acknowledged having a conversation with a Walmart employee about Mr. Mace's heightened suicide risk and the possibility of placing Mr. Mace on a "black list" to restrict his ability to purchase a firearm from Walmart. Mr. Jones further reported talking with Ms. Beverly Smith at human resources about Mr. Mace, during which he reportedly asked about Walmart "black list" procedures. Mr. Jones also received a text message from a Walmart employee containing a screenshot of a text message conversation in which Mr. Mace disclosed an intention to purchase a firearm for the purposes of suicide. Although Mr. Jones reported he did not remember receiving the text message, he confirmed that one of the phone numbers that message was sent to was his cell phone.

2. **The shotgun sale to Jacob Mace occurring at Walmart on November 15, 2019, led directly to Jacob Mace's death by suicide soon thereafter.**

   Had Walmart management taken steps to enact the Walmart procedures and policies described by Mr. Colucci that restrict or block the sale of firearm sales to people with elevated risk of suicide, Mr. Mace would not have been able to acquire the shotgun that he used to kill himself less than two hours later.

These opinions are based on the information and materials available to me at the time of this report. If new information becomes available, I reserve the right to change these opinions.

Please let me know if you have any questions about this addendum.

Regards,

Craig J. Bryan, PsyD, ABPP
Board-Certified Clinical Psychologist

**Addendum Attachment A**
**Materials Reviewed**

Deposition transcripts from the following
1. Joel Barr
2. Kayla Brady
3. Nicholas Colucci
4. Timothy Crowley (4/10/23)
5. Timothy Crowley (8/21/23)
6. Brennan Jones
7. Jennifer Krebs
8. Mark Mace
9. Nicole Mace
10. Renard Mackell
11. Beverley Madden
12. Debra McCreary
13. Christina O'Shea
14. Ida Randall
15. Nicole Sherwood

**Attachment B
Reference List**

1. Miller M, Lippmann SJ, Azrael D, Hemenway D. Household firearm ownership and rates of suicide across the 50 United States. J Trauma. 2007;62:1029-34.

2. Anglemyer A, Horvath T, Rutherford G. The accessibility of firearms and risk for suicide and homicide victimization among household members: a systematic review and meta-analysis. Ann Intern Med. 2014;160:101-10.

3. Wintemute GJ, Parham CA, Beaumont JJ, Wright M, Drake C. Mortality among recent purchasers of handguns. N Engl J Med. 1999;341:1583-9.

4. Dahlberg LL, Ikeda RM, Kresnow MJ. Guns in the home and risk of a violent death in the home: findings from a national study. Am J Epidemiol. 2004;160:929-36.

5. Brown GK, Henriques GR, Sosdjan D, and Beck AT. Suicide intent and accurate expectations of lethality: predictors of medical lethality of suicide attempts. Journal of Consulting and Clinical Psychology. 2004;72:1170-74.

6. Eddleston M, Karunaratne A, Weerakoon M, Kumarasinghe S, Rajapakshe M, Sheriff MH, Buckley NA, Gunnell D. Choice of poison for intentional self-poisoning in rural Sri Lanka.Clin Toxicol (Phila). 2006;44:283-6.

7. Peterson L, Peterson M, O'Shanick G, and Swann A. Self-inflicted gunshot wounds: Lethality of method versus intent. American Journal of Psychiatry. 1985;142:228-231.

8. Plutchik R, van Praag HM, Picard S, Conte HR, and Korn M. Is there a relation between the seriousness of suicidal intent and the lethality of the suicide attempt? Psychiatry Resesarch. 1988;27:71-79.

9. Skopek MA and Perkins R. Deliberate exposure to motor vehicle exhaust gas: the psychosocial profile of attempted suicide. Australian and New Zealand Journal of Psychiatry. 1998;32:830-38.

10. Swahn MH and Potter LB. Factors associated with the medical severity of suicide attempts in youths and young adults. Suicide and Life-Threatening Behavior. 2001;32:21-29.