1          IN THE UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF MARYLAND
3              ~~~~~~~~~~~~~~~~~~~~
4  KAYLA M. BRADY, et al.,
5
6              Plaintiffs,
7
8         vs.      Case No.
9                  8:21-cv-01412-AAQ
10
11 WALMART, INC., et al,
12
13             Defendants.
14             ~~~~~~~~~~~~~~~~~~~~
15               Deposition of
16           CRAIG J. BRYAN, PSYD
17
               September 8, 2023
18                 1:28 p.m.
19               Taken at:
             1960 Kenny Road
20            Columbus, OH
21
22          Rebecca Williams, RPR

1  A.    Thousands.
2  Q.    Of those patients, if you could ballpark,
3  approximately, how many of those were presenting with
4  symptoms of suicidal ideation?
5  A.    Probably around 20 percent.
6  Q.    And was it your experience as a clinical
7  psychologist in the Air Force in treating those
8  patients, particularly those presenting with suicidal
9  ideation, is that what spurred your interest in the
10 academic field of suicide prevention?
11 A.    Yes.
12 Q.    Would you consider yourself an expert in
13 human resources?
14 A.    No.
15 Q.    Would you consider yourself an expert in
16 firearm laws?
17 A.    No.
18 Q.    Are you able to prescribe controlled
19 substances?
20 A.    No.
21 Q.    Are you able to prescribe non-controlled
22 substances?

1  this case until the time you prepared your report?
2  A.	Sure.  So when I was first contacted, I had
3  an initial phone call with the attorneys to discuss
4  the case, to talk about my credentials, background.
5  They decided to retain me, shared with me the files
6  that were listed in that report.  I reviewed all
7  those files and basically developed a report to
8  outline my opinions.
9  Q.	We have previously marked your report as
10 Exhibit A.  If you would please take a look at it.
11 And at the start of the report, I think it outlines
12 what you were specifically asked to do.  And so if
13 you could just tell me in your own words, what was
14 your understanding of your tasks as an expert in this
15 case?
16 A.	Yeah.  So kind of the core questions that I
17 was asked to answer or render an opinion on was
18 whether or not the sale of firearms of the decedent
19 contributed directly to his suicide.
20 Q.	Okay.  With that being the case, I'm
21 curious as to why you're offering the opinion that we
22 see in heading number one titled "The shotgun sale to

1　Jacob Mace occurring at Walmart on November 15th,
2　2019 should not have occurred."
3　A.　　　Yeah.　Yeah.　The -- the opinion there is
4　based on any understanding that there are Walmart
5　policies that, in essence, say that if someone is
6　known or is suspected to have increased risk to
7　themselves to harm or others, that refusal of sale
8　could occur.
9　Q.　　　Does it require the expertise of a
10　psychologist to come to that conclusion.
11　　　　　　MR. SULLIVAN:　Objection.
12　A.　　　I don't think so.
13　Q.　　　Okay.　Just some general questions before
14　we jump into the report.　Is there a way to determine
15　if someone truly intends to commit suicide?
16　A.　　　I'm not sure I understand the question.
17　Q.　　　Sure.　So I have often heard that -- and
18　correct me if I'm wrong -- that some folks might
19　engage in a pattern of self-destructive behavior,
20　that while it may be perceived as a suicide attempt,
21　it's what some people call for help or something like
22　that versus someone might well and truly desire to

1  Q.      And can we agree that you are not an expert
2  in compliance with the Americans with Disabilities
3  Act?
4  A.      Yes.
5  Q.      Can we agree that you're not an expert in
6  employee privacy law?
7  A.      Yes.
8  Q.      Can we agree that Mr. Mace was not a risk
9  of harm to others?
10 A.      I don't know if I have enough information
11 to make that -- to render an opinion.
12 Q.      Okay.  Do you have any evidence that
13 suggests in any way that he was a risk to others?
14 A.      Well, we know that violence and aggression
15 most commonly occur as a reaction to environmental
16 circumstances.
17         So it's -- that's why it's so hard to
18 predict aggression and violence because it kind of
19 depends on the situation people find themselves in.
20         What I know is that Mr. Mace -- many of the
21 risk factors for suicide overlap with risk factors
22 for violence and aggression, but I just don't have

1  causing Jacob Mace's suicide.  What is your
2  understanding of the term substantial factor?
3  A.          Basically majority, greater than half.
4  Q.          Earlier you testified that it doesn't
5  necessarily require your expertise as a psychologist
6  to offer the opinions you're offering in section one?
7  A.          Correct.
8  Q.          So I want to focus on section two, and I'm
9  looking at the second paragraph.  You start this
10 paragraph off -- and we've talked about some of these
11 things already, but you say, "Research shows that
12 firearm access significantly increases the risk of
13 suicide in limiting or reducing easy access to
14 firearms, prevents suicide."  So I want to break that
15 down.
16          When you say "increases the risk of
17 suicide," is what you really mean that it increases
18 the likelihood of someone successfully completing an
19 act of suicide?
20 A.          Correct.
21 Q.          Okay.  I think we earlier said that -- or
22 you earlier said the research is not settled on