IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KAYLA M. BRADY, *et al.* | * | |
| | * | |
| Plaintiffs, | * | Civil Case No. 8:21-cv-01412-AAQ |
| | * | |
| v. | * | |
| | * | |
| WALMART INC., *et al.* | * | |
| | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL AS TO NAMED
## DEFENDANT WAL-MART STORES EAST, L.P., ONLY

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs Kayla M. Brady, individually and as the personal representative of the Estate of Jacob C. Mace, C.C., by and through his mother and next friend Nicole Clark, G.M., by and through his mother and next friend Kayla Brady, Debra McCreary, and Mark Mace (collectively, "Plaintiffs") and Defendants Walmart, Inc., and Wal-Mart Stores East, L.P., by their respective counsel, file this Stipulation of Dismissal with Prejudice as to Named Defendant Wal-Mart Stores East, L.P., **ONLY**, and states as follows:

1. Plaintiffs filed their Complaint naming two defense entities, Walmart, Inc., and Wal-Mart Stores East, L.P., but always referred to these entities in a singular fashion and did not distinguish in their Complaint separate claims against either entity. *See* (ECF No. 3).

2. Defendants concede named defendant Walmart, Inc., is a properly named-defendant and the correct defense party concerning the asserted claims.

3. In light of the above, maintaining named defendant Wal-Mart Stores East, L.P., is unnecessary and potentially confusing.

WHEREFORE, the parties stipulate to the dismissal with prejudice of named Defendant Wal-Mart Stores East, L.P., **ONLY**, with this matter continuing against Defendant Walmart, Inc.

Respectfully submitted,

| | |
|---|---|
| */s/ Kevin P. Sullivan*<br>Kevin P. Sullivan, Fed Bar #27506<br>SULLIVAN LAW, LLC<br>323 West Camden Street, Suite 700<br>Baltimore, MD  21201<br>Ph:  (443) 909-1450<br>kps@kpsullivanlaw.com<br><br>Anatoly Smolkin, Fed Bar #18618<br>GALLAGHER LLP<br>218 North Charles Street, Suite 400<br>Baltimore, MD  21201<br>Ph: (410) 347-1334<br>asmolkin@gallagherllp.com<br><br>*Attorneys for Plaintiffs* | */s/ Stephanie V. McGowan*<br>Kevin C. Schiferl, IN Atty #14138-49<br>Stephanie V. McGowan, IN Atty #30759-49<br>Adam S. Ira, IN Atty #32017-49<br>FROST BROWN TODD LLP<br>111 Monument Circle, Suite 4500<br>PO Box 44961<br>Indianapolis, IN 46244-0961<br>Telephone: (317) 237-3819<br>Fax: (317) 237-3900<br>kschiferl@fbtlaw.com<br>smcgowan@fbtlaw.com<br>aira@fbtlaw.com<br><br>Matthew J. Gannett, #1312170310<br>DeCARO, DORAN, SICILIANO,<br>GALLAGHER & DeBLASIS, LLP<br>17251 Melford Boulevard, Suite 200<br>Bowie, Maryland 20715<br>Telephone: (301) 352-4950<br>Fax: (301) 352-8691<br>mgannett@decarodoran.com<br><br>*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, L.P.* |

Date:  December 31, 2025

LR08000.0745228   4913-7114-0997v1